BEFORE THE SECOND DIVISION, JULY 28, 1955

**No. 59236.**—Artmart Linen Co., Inc., et al. *v.* United States, protests 248529–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of doilies similar in all material respects to those the subject of Abstract 58520, the claim of the plaintiffs was sustained.